**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Rohinni, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | **FKA Rohinni LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2729651** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **23221 E. Knox Ave.** <br> **Liberty Lake, WA 99019** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Spokane** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

24-00061-FPC7    Doc 1    Filed 01/17/24    Entered 01/17/24 10:37:40    Pg 1 of 28

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3559__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

           Contact name _____

           Phone _____

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

24-00061-FPC7    Doc 1    Filed 01/17/24    Entered 01/17/24 10:37:40    Pg 3 of 28

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2024**
                 MM / DD / YYYY

**X** **/s/ Ryan Cameron** _____     **Ryan Cameron**
     Signature of authorized representative of debtor      Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Lesley D. Bohleber** _____    Date   **January 17, 2024**
     Signature of attorney for debtor                                  MM / DD / YYYY

**Lesley D. Bohleber**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **206-292-2110**      Email address   **lbohleber@bskd.com**

**49150 WA**
Bar number and State

Debtor name    **Rohinni, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 17, 2024**     X **/s/ Ryan Cameron**
                                       Signature of individual signing on behalf of debtor

                                       **Ryan Cameron**
                                       Printed name

                                       **CEO**
                                       Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name     **Rohinni, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
    amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................    $      **602,266.69**

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B*...............................................................................    $      **39,807,977.89**

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................    $      **40,410,244.58**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $      **4,500,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **570,717.55**

4.  **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b      $      **5,070,717.55**

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Current value |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **3661** | **$71,796.38** |
| 3.2. | **Wells Fargo** | **Savings** | **4446** | **$56,457.06** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$128,253.44**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposit/prepayment on lease held by landlord.** | **$209,686.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid expenses held by Amalfi Investments, LLC (landlord)** | $40,158.09 |
| 8.2. | **Prepayment to Brian Miner, employee of the debtor (Operations, fixed assets, and facilities), for services through February 2, 2024.** | $2,550.00 |
| 8.3. | **Prepayment to Colton Latting, employee of the debtor (Finance, accounting, and records ), for services through February 2, 2024.** | $2,100.00 |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    **$254,494.09**

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 11,685.00<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | = .... | $11,685.00 |
| 11a. 90 days old or less: | 16,727.00<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | = .... | $16,727.00 |
| 11b. Over 90 days old: | 3,451.00<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | =.... | $3,451.00 |
| 11b. Over 90 days old: | 1,100.00<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | =.... | $1,100.00 |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$32,963.00**

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Debtor **Rohinni, Inc.**      Case number *(If known)* _____
<br>Name

| Name of entity: | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **HEFEI BOE Pixey Technology Co., LTD (JV)** | 35 % | **409A Valuation** | **$32,953,000.00** |
| 15.2. | **Luumii Co. Ltd. (JV)** | 15.88 % | **409A Valuation** | **$2,312,000.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
<br>     Describe:

17.    **Total of Part 4.**                           **$35,265,000.00**
<br>     Add lines 14 through 16. Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
<br>☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** <br> **Misc. LED chips, circuits, flux, solder paste. Not carried on financial books but do track with internal inventory system, 'Zia'.** | | **$0.00** | | **Unknown** |
| 20. | **Work in progress** <br> **2x FP100 Fast Placement Machines** <br> **Unit 1 (HB1): $559,838.23** <br> **Unit 2 (HB2): $409,189.40** <br> **\*See attached Book Fixed Asset Detail** | **12/22/23** | **$969,027.63** | **Book** | **$969,027.63** |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                           **$969,027.63**
<br>     Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
<br>     ☑ No
<br>     ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
<br>     ☑ No
<br>     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscelaneous office furniture**<br>***See attached Book Fixed Asset Detail** | $194.33 | Net Book Value | $194.33 |
| 40. | **Office fixtures**<br>**Leashold improvements and security system**<br>***See attached Book Fixed Asset Detail** | $154,433.92 | Net Book Value | $154,433.92 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. computer and communications equipment and software**<br>***See attached Book Fixed Asset Detail** | $49,924.43 | Net Book Value | $49,924.43 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

       | $204,552.68 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

24-00061-FPC7    Doc 1    Filed 01/17/24    Entered 01/17/24 10:37:40    Pg 11 of 28

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Misc. machinery and technical equipment**<br>***See attached Book Fixed Asset Detail** | $761,107.81 | Net Book Value | $761,107.81 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $761,107.81 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office/warehouse<br>located at 23221 E.<br>Knox Ave., Liberty<br>Lake, WA 99019<br>APN 551019124** | **Leashold<br>interest<br>through July<br>2026** | $602,266.69 | Right of Use | $602,266.69 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $602,266.69 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets See Attached list.** | **$2,192,579.24** | **Net Book Value** | **$2,192,579.24** |
| 61. | **Internet domain names and websites Rohinni.com; rohinni.net; pixeytv.com; thepixey.com;pixeytech.comboepixey.com; gopixey.com; pixeyco.com; lumossemi.net; lumos-semi.net; lumos-semi.com; lumossemi.com; luumii.com** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties Potential contingent license payment related to a license with a confidential customer up to $5 million in value.** | **$0.00** | | **Unknown** |
| | **Potential contingent royalty payment related the the BOE Pixey JV Agreement, up to $5 million in value.** | **$0.00** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

| **$2,192,579.24** |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**
**D&O Tail Policy with Scottsdale Insurance C/o Nationwide**
**Commercial Package through Liberty Mutual**      **Unknown**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**      **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $128,253.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $254,494.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,963.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $35,265,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $969,027.63 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $204,552.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $761,107.81 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $602,266.69 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,192,579.24 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $39,807,977.89 | + 91b.  $602,266.69 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $40,410,244.58 |

Debtor name **Rohinni, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Cowles Company** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**All company assets** | **$2,500,000.00** | **$0.00** |

**999 West Riverside Ave.**
**Spokane, WA 99201**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 4, 2023**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Cowles Company** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**All company assets** | **$2,000,000.00** | **$0.00** |

**999 West Riverside Ave.**
**Spokane, WA 99201**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 4, 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

24-00061-FPC7    Doc 1    Filed 01/17/24    Entered 01/17/24 10:37:40    Pg 16 of 28

| Debtor | **Rohinni, Inc.** | | Case number *(if known)* | |
| | Name | | | |

☑ **No**

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Wells Fargo Bank, NA** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | Creditor's Name | | | |

**601 W. 1st Ave., 7th Floor**
**Spokane, WA 99201**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**April 4, 2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6379**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,500,000.00** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

24-00061-FPC7    Doc 1    Filed 01/17/24    Entered 01/17/24 10:37:40    Pg 17 of 28

Debtor name **Rohinni, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,314.00** |
|---|---|---|---|
| | **Amalfi Investments, LLC** | ☐ Contingent | |
| | **3417 Hunts Point Rd.** | ☐ Unliquidated | |
| | **Hunts Point, WA 98004** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **P.O. Box 7863** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33329** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Avista Utilities** | ☐ Contingent | |
| | **1411 E Mission Avenue** | ☐ Unliquidated | |
| | **Spokane, WA 99252** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,320.00** |
|---|---|---|---|
| | **Davis Wright Tremain LLP** | ☐ Contingent | |
| | **920 Fifth Ave., Suite 3300** | ☐ Unliquidated | |
| | **Seattle, WA 98104** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

24-00061-FPC7    Doc 1    Filed 01/17/24    Entered 01/17/24 10:37:40    Pg 18 of 28

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Delaware Division of Revenue** | ☐ Contingent | |
| | **820 N. French Street** | ☐ Unliquidated | |
| | **Wilmington, DE 19801** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.24 |
|---|---|---|---|
| | **DIVCO** | ☐ Contingent | |
| | **715 North Madelia Street** | ☐ Unliquidated | |
| | **Spokane, WA 99202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.00 |
|---|---|---|---|
| | **Intermax Networks** | ☐ Contingent | |
| | **7400 N. Mineral Dr. Ste 300** | ☐ Unliquidated | |
| | **Coeur D Alene, ID 83815** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Internal Revenue Service** | ☐ Contingent | |
| | **Jackson Federal Bldg** | ☐ Unliquidated | |
| | **915 2nd Ave M/S W243** | ☐ Disputed | |
| | **Seattle, WA 98174** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,980.32 |
|---|---|---|---|
| | **IT Savvy LLC** | ☐ Contingent | |
| | **PO Box 3296** | ☐ Unliquidated | |
| | **Glen Ellyn, IL 60138** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|
| | **John Stone** | ☐ Contingent | |
| | **2187 N. Main St.** | ☐ Unliquidated | |
| | **Coeur D Alene, ID 83814** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Liberty Lake Sewer and Water Distri** | ☐ Contingent | |
| | **22510 E. Mission Ave.** | ☐ Unliquidated | |
| | **Liberty Lake, WA 99019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,475.00 |
|---|---|---|---|

**Moss Adams LLP**
**PO Box 101822**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Washington State Dept. Revenue**
**PO Box 47464**
**Olympia, WA 98504-7464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Waste Management**
**13225 NE 126th Place**
**Seattle, WA 98111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,861.99 |
|---|---|---|---|

**Zayo Group, LLC**
**PO Box 952136**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 570,717.55 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 570,717.55 |

24-00061-FPC7    Doc 1    Filed 01/17/24    Entered 01/17/24 10:37:40    Pg 20 of 28

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases         **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease** | |
| State the term remaining — **July 1, 2026** | **Amalfi Investments, LLC** |
| List the contract number of any government contract | **3417 Hunts Point Rd.**<br>**Hunts Point, WA 98004** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **BOE Pixey Joint Venture Agreement and Technology License Agreement** | |
| State the term remaining — **Ongoing** | **BOE Technology Group Co. LTD** |
| List the contract number of any government contract | **No 10 Jiuxianiao Rd.**<br>**Chaoyang District**<br>**Beijing, PRC** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Development and Licensing Agreement with a Confidential Party pusuant to NDA. The Debtor will provide copies of the agreement to the Chapter 7 Trustee and US Trustee upon request.** | |
| State the term remaining — **Ongoing** | |
| List the contract number of any government contract | **Confidential Party** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Luumii Co. LTD JV Agreement and Technology License Agreement** <br><br> State the term remaining    **Ongoing** <br><br> List the contract number of any government contract | **KoJa (Cayman) Co. LTD** <br> **8F., No. 168, Liancheng Rd.** <br> **Zhongde Dist., New Tiapei City 235** <br> **Taiwan** |
| **2.5.**   State what the contract or lease is for and the nature of the debtor's interest    **Technology/IP License Agreement** <br><br> State the term remaining    **9/20/2028** <br><br> List the contract number of any government contract | **Magna Electronics** <br> **337 Magna Drive** <br> **Aurora, Ontario, L4G 7K1, Canada** |

**Fill in this information to identify the case:**

Debtor name        **Rohinni, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   **Rohinni, Inc.** _____    Case No. _____

                                                         Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 17, 2024** _____      **/s/ Ryan Cameron** _____

                                                        **Ryan Cameron**/CEO
                                                        Signer/Title

Rohinni, Inc.
23221 E. Knox Ave.
Liberty Lake, WA 99019


Lesley D. Bohleber
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


Amalfi Investments, LLC
3417 Hunts Point Rd.
Hunts Point, WA 98004


American Express
P.O. Box 7863
Fort Lauderdale, FL 33329


Avista Utilities
1411 E Mission Avenue
Spokane, WA 99252


BOE Technology Group Co. LTD
No 10 Jiuxianiao Rd.
Chaoyang District
Beijing, PRC


Confidential Party


Cowles  Company
999 West Riverside Ave.
Spokane, WA 99201


Davis Wright Tremain LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104

Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801


DIVCO
715 North Madelia Street
Spokane, WA 99202


Intermax Networks
7400 N. Mineral Dr. Ste 300
Coeur D Alene, ID 83815


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


IT Savvy LLC
PO Box 3296
Glen Ellyn, IL 60138


John Stone
2187 N. Main St.
Coeur D Alene, ID 83814


KoJa (Cayman) Co. LTD
8F., No. 168, Liancheng Rd.
Zhongde Dist., New Tiapei City 235
Taiwan


Liberty Lake Sewer and Water Distri
22510 E. Mission Ave.
Liberty Lake, WA 99019


Magna Electronics
337 Magna Drive
Aurora, Ontario, L4G 7K1, Canada

Moss Adams LLP
PO Box 101822
Pasadena, CA 91189


Washington State Dept. Revenue
PO Box 47464
Olympia, WA 98504-7464


Waste Management
13225 NE 126th Place
Seattle, WA 98111


Wells Fargo Bank, NA
601 W. 1st Ave., 7th Floor
Spokane, WA 99201


Zayo Group, LLC
PO Box 952136
Dallas, TX 75395

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Rohinni, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Rohinni, Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cowles  Company**
**999 West Riverside Ave.**
**Spokane, WA 99201**

**Future Shape, LLC**
**121 Alhambra Plaza, Suite 1202**
**Coral Gables, FL 33134**

**Kulicke and Soffa**
**1005 Virginia Dr.**
**Fort Washington, PA 19034**

**Magna US Investments**
**750 Tower Drive**
**Troy, MI 48098**

**Mountain Man Ventures, LLC**
**410 Sherman Ave. Suite B**
**Coeur D Alene, ID 83814**

☐ None [*Check if applicable*]

**January 17, 2024**
_____
Date

**/s/ Lesley D. Bohleber**
_____
**Lesley D. Bohleber**
Signature of Attorney or Litigant
Counsel for   **Rohinni, Inc.**
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**lbohleber@bskd.com**